preme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by William S. Rhodes against the Mutual Reserve Life Insurance Company. No opinion. Judgment affirmed, with costs.

RHODES, Respondent, v. SPERRY & HUTCHINSON CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Aida T. Rhodes against the Sperry & Hutchinson Company. No opinion. Interlocutory judgment affirmed, with costs.

RICHARD DEEVES & SON, Appellant, v. MANHATTAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Richard Deeves & Son against the Manhattan Life Insurance Company. N. Ottinger, for appellant. E. S. Rapallo, for respondent. No opinion. Order modified by striking out the first, third, and fourth requirements thereof, and, as modified, affirmed, without costs. Settle order on notice.

RICHARDSON, Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by David P. Richardson against the Edison Electric Illuminating Company of Brooklyn. No opinion. Judgment and order unanimously affirmed, with costs.

RICHMOND, Respondent, v. BARTLETT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Rosalind Adelaide Richmond against Eugene M. Bartlett and another. No opinion. Order affirmed, with $10 costs and disbursements.

RIESGO v. CLARK et al. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Louis A. Riesgo against James F. A. Clark and others. No opinion. Motion denied. Order filed.

RIPSOM, Respondent, v. IRELAND, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Edward B. Ripsom against John De Courcy Ireland. No opinion. Judgment affirmed, with costs.

ROCKLAND LIGHT & POWER CO., Respondent, v. BUHLER et al. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by the Rockland Light & Power Company against Max Buhler and others. No opinion. Order affirmed, with $10 costs and disbursements.

RODEN, Respondent, v. CO-OPERATIVE BLDG. BANK, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Walter A. Roden against the Co-Operative Building Bank, a domestic corporation. No opinion. Motion denied.

ROGERS, Respondent, v. GREEN FUEL ECONOMIZER CO. OF MATTEAWAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Elizabeth Rogers, as administratrix of Andrew Rogers, deceased, against the Green Fuel Economizer Company of Matteawan. No opinion. Judgment and order unanimously affirmed, with costs.

ROHMAN, Appellant, v. COHEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Minnie Rohman against Max Cohen and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENBERG, Respondent, v. HAGGERTY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Samuel Rosenberg against Agnes F. Haggerty and others. No opinion. Judgment affirmed, with costs.

ROSENBERG, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Samuel Rosenberg against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENTHAL, Appellant, v. NEW YORK, S. & W. R. Co., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Pauline Rosenthal against the New York, Susquehanna & W. Railroad Company. No opinion. Motion granted. Order filed.

ROSENZWEIG, Appellant, v. MANES, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Benjamin Rosenzweig against Max Manes. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the plaintiff had made out a case which required the trial to proceed.

ROSSMAN, Appellant, v. ROSSMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Harriet E. Rossman against Raymond C. Rossman, Catherine E. Rossman, and Monfort J. Wade. No opinion. Judgment affirmed, with costs.

ROTH, Respondent, v. MAUTNER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Action by Ignatz Roth against Julius Mautner and another. S. Bacon, for appellants. H. A. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROWELL, Appellant, v. SPOTSWOOD, Respondent. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Action by George W. Rowell against George Spots-